UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER J. HINSON,

    Plaintiff,

v.

KEVIN YATES et al.,

    Defendants.

_____/

Case No.: 1:17-cv-639

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a *pro se* diversity action alleging that Defendants committed libel, slander, and other torts against Plaintiff. Defendants filed a motion to dismiss for lack of jurisdiction. The matter was referred to the Magistrate Judge, who issue a Report and Recommendation on July 9, 2018, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 15) is DENIED.

Dated: July 30, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge